**Opinion issued August 6, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00327-CV

———————————

## IN RE NEXION HEALTH AT BEECHNUT, INC., D/B/A BEECHNUT MANOR, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION[1]

In this original proceeding, Nexion Health at Beechnut, Inc., d/b/a Beechnut Manor, seeks mandamus relief from the trial court's January 20, 2015 and April 6, 2015 discovery orders. The petition for writ of mandamus is **DENIED**. All pending motions are **DENIED AS MOOT**.

---

[1] The underlying case is *Estate of Shauna Thompson Kent, Deceased and Matthew Gerald Bray, as Executor of the Estate of Shauna Thompson Kent, Deceased v. Nexion Health at Beechnut, Inc., d/b/a Beechnut Manor and Beechnut Manor*, Cause No. 404,607-401 in the Probate Court Number 1 of Harris County.

**PER CURIAM**

Panel consists of Justices Keyes, Huddle, and Lloyd.